## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Kimberley Steele

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Director of Newark YMCA

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [ ] Yes [X] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach additional sheets of paper as necessary.

Kimberley Steele

| Plaintiff | Name | |
|---|---|---|
| | Street Address | 42 West Roselle Avenue |
| | County, City | Roselle park NJ 07204 |
| | State & Zip Code | 347-942-2142 |
| | Telephone Number | kimsteele300@gmail.com |

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name ___ Director of Newark YMCA
600 Broad Street

Street Address ___ Newark NJ 07102
973-624-8900

County, City ___

State & Zip Code ___

Defendant No. 2

Name ___ Ms. Chanika Clark

Street Address ___ 600 Broad Street Newark NJ
07102 7th floor

County, City ___ 973-624-8900

State & Zip Code ___

Defendant No. 3

Name ___ Ms. T Cosby

Street Address ___ 600 Broad Street 7th
floor

County, City ___ Newark NJ 07102
973-624-8900

State & Zip Code ___

Defendant No. 4

Name ___ Ms. Curtis

Street Address ___ 600 Broad Street
Newark NJ 07102

County, City ___ 973-624-8900 7th floor

State & Zip Code ___

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff          [ ] U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? ___ My housing shelter stay was terminated becuase of hearsay not facts told  about me and my medical physical conditions were ignored and I had been denied my room key and everyone else had theirs , denied being able to eat and drink in the kitchen area where we were allowed to the YMCA Director spoke with the Attorney I contacted about the individuals who were      - 2 -
Bothering me, and all other problems I was recieving from staff why the Director allowed the termination with no return

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.      Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? ___600 Broad Street Newark NJ 07102_____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

On 5/7/22 10:45pm  5/10/22 at 4:14 Am 5/12/22 at 12:00pm at 5:05 am at 9:04 am

_____

C.      Facts:

| | |
|---|---|
| What happened to you? | After my paperwork admission I was supposed to receive a room key by Ms. Chanika Clark whom made several excuses for delaying the paper work to receive the key and I never received it. As soon as I showed up to go in my room the female roommate Ms. Hajar Lee said she didn't want to share the room with anyone and that she was going to make sure she had a room to herself she started to make insulting comments about me and made it seem like my habits we're not normal and that she was being bothered by it until the staff moved me to another room . The floor staff started complaining becuase they were called to the floor to let me in my room when I got back to the building becuase the staff worker Ms. Clark wouldn't do her job and give me the key and they were told that. |
| Who did what? | Me and another male resident were going to eat and drink in the kitchen table where all residents cook and eat and the staff said only the two of us couldn't becuase we had to keep our masks on knowing that she was lying. Then staff told lies that I never put my face mask on or showed my id card though I did show my id and when I didn't it's because security told me I didn't need to show it I was recognized and I had already taken my temperature and I only took my mask off for my COPD medical conditions. Others didn't wear their face masks and those individuals were never told anything. |
| Was anyone else involved? | |
| Who else saw what happened? | My Attorney from Elizabeth Law Projects Mr. Sean Benoit at that time had spoken with me the Department of Human services union county Division of social services Agency worker Mrs. Simone Neal and the YMCA Director about my concerns while I was staying there . |
| | Other YMCA residents and staff heard . |

**IV.      Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __No__

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I'm am asking for the amount of $1500 dollars to be granted for the relief becuase the laws were violated by these individuals who are responsible for my termination from the shelter and that further causes my Emergency assistance benefits payments for shelter placement to be terminated for 6 months which is another violation of the law becuase I was then left living in the street until the 6 months penalty ended on February 28 2023. The Department of Human services union county Division of social services Agency decides that if a person is terminated from a second shelter placement they will automatically be accused of causing their own homeless ness and the Agency punishment given is without going to court before any judge . And for any other relief the court has the ability to give.

**I declare under penalty of perjury that the foregoing is true and correct.**

10/21/2023

Signed this_____day of_____, 20_____.

Kimberley Steele

Signature of Plaintiff _____

Mailing Address _____
42 West Roselle Avenue Roselle
park NJ 07204
347-942-2142
kimsteele300@gmail.com

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:  Kimberley Steele _____